IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANAJAE RAYCHELLE WALLACE,<br>　　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN,<br>　　　　　Defendant. | C.A. No. 13-218 Erie |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on July 22, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on March 14, 2014, recommended that Plaintiff's Motion for Summary Judgment (ECF No. 9) be denied, Defendant's Motion for Summary Judgment (ECF No. 11) be granted, and the decision of the ALJ be affirmed. Service was made on all parties by NEF. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 25th Day of April, 2014;

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 9) is DENIED, Defendant's Motion for Summary Judgment (ECF No. 11) is GRANTED, and the decision of the ALJ is affirmed

The report and recommendation of Magistrate Judge Baxter, dated March 14, 2014, is adopted as the opinion of the court.

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record